UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHNATHAN CORNIELUS WHITE,<br><br>Petitioner<br><br>v.<br><br>KAMALA D. HARRIS, State Attorney General,<br><br>Respondent. | Case No:  C 11-03709 SBA (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\HC.11\White3709.jud.docx